# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TODD COLE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   Cause No: 4:19 CV 791 RWS |
| | ) |
| CITY OF ST. LOUIS, | ) |
| | ) |
|    Defendants. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff Todd Cole's action is **DISMISSED** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Joint Stipulation of Dismissal. ECF No. [27]. Except as otherwise agreed, the parties shall each bear their own costs and attorney's fees.

                                          RODNEY W. SIPPEL
                                          UNITED STATES DISTRICT JUDGE

Dated this 10th day of April 2020.